**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Robert Million,

       Plaintiff,

v.

Pindernation Holdings LLC, et al.,

       Defendants.

No. CV-23-00072-PHX-MTL

**ORDER**

Plaintiff brought this action against his former employer, Pindernation Holdings LLC and Lord Pinderton a/k/a/ Michael Pinder, for alleged unpaid wages and overtime in violation of the Fair Labor Standards Act ("FLSA") and Arizona wage-and-hour law. Defendants were properly served (Doc. 5, 6) but they did not appear and defend. The Clerk of Court entered default and the Court later entered a default judgment in Plaintiff's favor. (Doc. 9, 12, 13) Plaintiff moved for an award of attorneys' fees and costs. (Doc. 14) Defendants failed to respond. The Court has reviewed the Motion, the supporting memorandum and attached documents, including the declaration of counsel, and other documents in the file. The Court's findings are as follows.

1.      Plaintiff is the prevailing party. Pursuant to the FLSA, when the plaintiff prevails, "[t]he court in such action shall, in addition to any judgment awarded to the plaintiff or plaintiffs, allow a reasonable attorney's fee to be paid by the defendant, and costs of the action." 29 U.S.C.A. § 216(b). Under the Arizona Minimum Wage Act, similarly, "[a] prevailing plaintiff shall be entitled to reasonable attorney's fees and costs

of suit." A.R.S. § 23-364(G). Because Plaintiff obtained a default judgment against Defendants, he is, therefore, entitled to an award of attorney's fees.

2.      Plaintiff's counsel requests an award of $4,898.00 in attorneys' fees for legal work. This amount represents 12.4 hours at $395 per hour. The Court finds that this rate is reasonable for rates charged by experienced plaintiffs-side employment litigation attorneys in the Phoenix legal market working on a contingency basis. The 12.4 hours expended by counsel was reasonable given the demands of this case, which includes the drafting of the complaint, moving for default judgment, and drafting the instant Motion.

3.      Plaintiff also asks for an award of $600.65 in out-of-pocket costs expended by his lawyers. This includes the $402 filing fee and $198.65 in service of process fees. The Court finds these costs reasonable and recoverable.

3.      Finally, Plaintiff seeks an award of $2,000 representing reasonably anticipated fees and costs of collecting from Defendants on the judgment. The Court finds that the amount requested is reasonable and that it is necessary, given that Defendants have already failed to engage in the judicial process.

Accordingly,

**IT IS ORDERED** granting Plaintiff's Motion for Award of Attorneys' Fees and Costs (Doc. 14) as follows: Plaintiff is awarded $4,898 in attorneys' fees, $600.65 in costs, and an additional $2,000 for reasonably anticipated collection fees and expenses. The total award is $7,498.65.

**IT IS FURTHER ORDERED** that Defendants Pindernation Holdings LLC and Lord Pinderton are jointly and severally liable for the full $7,498.65, plus interest accruing at the statutory rate, from the date of this Order.

Dated this 22nd day of May, 2023.

Michael T. Liburdi
United States District Judge